JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5969

-------------------------------------------------------X

PHILLIPS VAN HEUSEN CORP.,

       Plaintiff,

  -against-          **RULE 7.1**

M/V "APL CANADA", her engines, boilers, etc.
and MITSUI O.S.K. LINES LTD.,

       Defendant.

-------------------------------------------------------X



JUL 0 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

  Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

Dated: New York, New York
    June 27, 2008

                         _____
                         James J. Ruddy (JR 6693)