UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILLIPS VAN HEUSEN CORP.,

                Plaintiff,

-against-                              **VOLUNTARY DISMISSAL AND ORDER**

M/V "APL CANADA", her engines, boilers, etc.
and MITSUI O.S.K. LINES LTD.,             08 CIV 5969 (GEL)

                Defendant.

------------------------------------------------------------X

No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
       August 13, 2008

                                  McDERMOTT & RADZIK, LLP
                                  Attorneys for Plaintiff

              By: _____
                              James J. Ruddy (JJR 6693)
                              Wall Street Plaza
                              88 Pine Street 21st Floor
                              New York, New York 10005
                              212-376-6400
                              Ref.: 64-08-882 JJR

**SO ORDERED:**

_____
      U.S.D.J.