```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PHILLIPS VAN HEUSEN CORP.,

                    Plaintiff,

    -against-

M/V "APL CANADA", her engines, boilers, etc.
and MITSUI O.S.K. LINES LTD.,

                    Defendant.

-----------------------------------------------------------X

**VOLUNTARY DISMISSAL AND ORDER**

08 CIV 5969 (GEL)

      No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
         August 13, 2008

                                  McDERMOTT & RADZIK, LLP
                                  Attorneys for Plaintiff

                      By:   _____
                                James J. Ruddy (JR 6693)
                                Wall Street Plaza
                                88 Pine Street 21st Floor
                                New York, New York 10005
                                212-376-6400
                                Ref.: 64-08-882 JJR

SO ORDERED:
_____
     U.S.D.J.
8/21/08